RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov
*Attorneys for the United States of America*

*Of Counsel*:
BART M. DAVIS
United States Attorney
District of Idaho

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID H. AND KATHLEEN HAAR, a married couple, | Case No. 4:18-cv-102 |
| Plaintiffs, | (Removed from Idaho District Court, Teton County, Case No. CV 17-285) |
| v. | **UNITED STATES OF AMERICA'S NOTICE OF REMOVAL** |
| ROGER J. AND DANA HOOPES, a married couple; KANDLER FARMS, INC., an Idaho corporation; FIRST AMERICAN TITLE COMPANY, INC., an Idaho corporation; IDAHO STATE TAX COMMISSION, an Idaho agency; STATE OF IDAHO, ex rel. INDUSTRIAL COMMISSION, an Idaho agency; Department of Treasury, Internal Revenue Service, a United States Agency; VI-CORE LLC, an Idaho limited liability company; JOEL PINON-MEDINA, an individual; Credit Bureau of Eastern Idaho, Inc., an Idaho corporation; MAUGHAN FARMS, INC., a Montana corporation; COLBIE HOLDERNESS, an individual; SPENCER PAULSON, an individual; all heirs to the ESTATE OF | |

1

| | |
|---|---|
| ELIZABETH ANN HOOPES PAULSON; and | ) |
| GARY PAULSON, as personal representative | ) |
| of the ESTATE OF ELIZABETH ANN | ) |
| HOOPES PAULSON on behalf of all heirs; | ) |
| COMPUTERIZED FARMING, LLC, an Idaho | ) |
| limited liability company; RIVER RIM RANCH | ) |
| OWNERS ASSOCIATION, INC., an Idaho | ) |
| corporation; and DOES I-X, unknown | ) |
| individuals and/or entities, | ) |
| | ) |
| Defendants. | ) |
| | ) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO:

PLEASE TAKE NOTICE that the United States of America, on behalf of the Department of Treasury, Internal Revenue Service, by and through its undersigned counsel, hereby removes the above-captioned action to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. §§ 1442 and 1444.

1. On November 30, 2017, Plaintiffs initiated this matter in the District Court of the Seventh Judicial District of the State of Idaho, in and for Teton County, by filing a Complaint to Quiet Title.

2. The Complaint names the Department of Treasury, Internal Revenue Service as a Defendant and alleges that that the United States has a lien against the Property that is the subject of the Complaint.

3. This case may be removed under 28 U.S.C. § 1442 because the United States is named as a defendant. This case may also be removed under 28 U.S.C. § 1444 because the Complaint concerns a claim against real property upon which the United States claims a lien.

4. The United States Attorney for the District of Idaho was served with a copy of the summons and complaint on or about January 29, 2018. Therefore, this Notice of Removal is being timely filed under 28 U.S.C. § 1446.

5.	In compliance with 28 U.S.C. § 1446(a) and Local Rule 5.2(d)(1), true and correct copies of all pleadings in possession of the United States and a copy of the State Court register of actions for this case are attached hereto as Exhibit A.

6.	By filing this notice, the United States does not waive any defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

7.	This action may be removed without bond pursuant to 28 U.S.C. § 2408 because the United States has initiated this removal.

8.	A copy of this notice will be filed with the District Court of the Seventh Judicial District of the State of Idaho, in and for Teton County, and served upon all known parties.

WHEREFORE, notice is given that the above-captioned action now pending in the District Court for the Seventh Judicial District of the States of Idaho, in and for Teton County, Case Number 17-285, has been removed to this Court.

Dated this 28th day of February, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Yael Bortnick*
YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6632 (v)
202-307-0054 (f)
Yael.Bortnick@usdoj.gov
*Attorneys for the United States of America*

*Of Counsel*:
BART M. DAVIS
United States Attorney, District of Idaho

3

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 28, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and on the same date I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

Amy Wallace Potter
Garland & Potter, LLC
235 E. Broadway
P.O. Box 4310
Jackson, WY 83001
*Attorney for Plaintiff*

Roger and Dana Hoopes
8787 W. 4000 N
Tetonia, ID  83452

Kandler Farms
c/o Michael Brown
520 First American Circle
Rexburg, ID  83440

First American Title Company
c/o Quinn H. Stufflebeam
195 S. Broadway
Blackfoot, ID  83221

ID Tax Commission
800 E. Park Blvd.,
Plaza IV
Boise, ID  83712

ID Industrial Commission
700 Clearwater Ln
Boise, ID  83712

Vi-Core
c/o Teresa Albertson
2151 Tomahawk Trail
Victor, ID 83455

Joel Pinon-Medina
c/o Craig M. Young, Esq.
Goicoechea Law Offices
826 Main Street
PO Box 287
Lewiston, Idaho 83501

Credit Bureau of Eastern Idaho
c/o Ned A. Zollinger
115 E. Main
Rexburg, ID  83440

Maughan Farms
c/o Jana Maughan
153 Cemetery Rd.
Hysham, MT  59038

Colbie Holderness
3636 16th St. NW
Apt. B312
Washington, DC  20010

Spencer Paulson
3374 N. Whistler Ln
Apt 304
Boise, ID  83703

Gary Paulson
c/o Jason S. Risch
RISCH PISCA, PLLC
Attorneys at Law
407 West Jefferson Street
Boise, Idaho 83702

Computerized Farming
c/o Gregory C. Calder
2105 Coronado St.
Idaho Falls, ID 83422

River Rim Ranch Owners
c/o Lance J. Schuster
2105 Coronado St.
Idaho Falls, ID  83404

*/s/ Yael Bortnick*
YAEL BORTNICK
Trial Attorney
United States Department of Justice, Tax Division